IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVE MOORE

    Plaintiff,

v.

SHAWN TYLER,

    Defendant.                                     Case No. 09-cv-071-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 2, 2010,  this case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                                          NANCY J. ROSENSTENGEL,
                                                          CLERK OF COURT


                                            BY:      /s/*Sandy Pannier*
                                                                 **Deputy Clerk**

Dated: April 8, 2010


APPROVED:  /s/  *David R Herndon*
                 CHIEF JUDGE
                 U. S. DISTRICT COURT